No. 91–8183.  CRAWFORD *v.* DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS.  C. A. D. C. Cir.  Certiorari denied.

No. 91–8185.  GAYDOS *v.* GAYDOS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–8186.  LANGDALE *v.* INTERNATIONAL MONETARY MARKET.  C. A. D. C. Cir.  Certiorari denied.

No. 91–8189.  EDWARDS *v.* BORG, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 91–8191.  DANA *v.* DEPARTMENT OF CORRECTIONS.  C. A. 8th Cir.  Certiorari denied.

No. 91–8193.  SMITH *v.* SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY (SEPTA).  C. A. 3d Cir.  Certiorari denied.

No. 91–8216.  JOHNSON *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 91–8217.  HALL *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 91–8220.  TOY *v.* BOROUGH OF BERLIN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–8222.  JOHNSON *v.* PAYLESS DRUG STORES NORTHWEST, INC., DBA WONDER WORLD, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–8223.  KISKILA ET VIR *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE, ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 91–8225.  BUCHMANN *v.* WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 91–8227.  BAKER *v.* MILLER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–8231.  FAIN *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.